**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| UNITED STEEL WORKERS OF AMERICA, LOCAL 285, | : | No. 663 MAL 2019 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ARMSTRONG WORLD INDUSTRIES, INC., | : | |
| BRENNTAG NORTHEAST, INC., AND | : | |
| ALAN J. HAY, M.D., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.